STATE OF MONTANA,
   Plaintiff,                       No. DC-04-565
vs.                               Decision
JOSHUA PERRAS,
   Defendant,

On December 8, 2005, the defendant was sentenced to twenty (20) years in the Montana State Prison, with fifteen (15) years suspended, for the offense of Sexual Assault, a felony.

On May 4, 2006, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was advised of his right to be represented by counsel. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 4th day of May, 2006.

DATED this 26th day of May, 2006.

Chairperson, Hon. John W. Whelan, Member, Hon. Randal I. Spaulding and Member, Hon. Katherine Irigoin.